**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DISMISSED RELATOR, and THE STATE OF ILLINOIS, ex rel. DISMISSED RELATOR, <br><br>    Plaintiffs, <br><br>    v. <br><br> EMMA BRANSON, and THERESA MAYFIELD, d/b/a ETT TRANSPORTATION, also known as ETT'S TRANSPORTATION <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) No. 11-3278 ) ) ) ) ) ) ) ) |

## **OPINION**

SUE E. MYERSCOUGH, U.S. District Judge:

    This cause is before the Court on Plaintiff's Motion for Default Judgment (Motion) (d/e 12).

    Pursuant to Federal Rule of Civil Procedure 55 and the Standing Order of this Court dated October 16, 1985, the United States Magistrate Judge entered an Order of Default against Defendant.  The Court has reviewed the file and concurs with the findings that Plaintiff duly filed and served its Amended Complaint upon Defendants Emma Branson and Theresa Mayfield d/b/a ETT Transportation aka

ETT's Transportation and that Defendants have failed to answer or otherwise plead in a timely manner. On April 17, 2012, the Court held a hearing at which Plaintiff presented evidence on damages and the Court concluded Plaintiff was entitled to Default Judgment against Defendants.

Therefore, Plaintiff's Motion for Entry of Default Judgment (d/e 12) is GRANTED. Plaintiff is hereby awarded a Default Judgment against Defendant as follows:

Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $1,002,944.31 (comprising of $234,314.77 in damages, trebled to $702,944.31, and $300,000 in civil penalties), together with interest from the date of Judgment at the legal rate pursuant to 28 U.S.C.§1961(a) and shall be computed daily and compounded annually until paid in full.

ENTERED: April 27, 2012.

        FOR THE COURT:         s/ Sue E. Myerscough
                                                    SUE E. MYERSCOUGH
                                                  UNITED STATES DISTRICT JUDGE